[No. 14858-3-I. Division One. December 30, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK STANBERRY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-03230-6, Terrence A. Carroll, J., entered June 6, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 15372-2-I. Division One. December 30, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JULIETO JAYAG POLIQUIT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-00219-7, Francis E. Holman, J., entered August 31, 1984. *Dismissed* by unpublished per curiam opinion.

[No. 12959-7-I. Division One. December 30, 1985.]

HARRY N. WALTERS, *Appellant,* v. VIRGIL ROGERS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 81-2-18436-7, Robert M. Elston, J., entered February 25, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Scholfield, A.C.J., and Williams, J.

[No. 6296-1-III. Division Three. December 31, 1985.]

H & H FARMS, *Appellant,* v. RIEDEL INTERNATIONAL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 82-2-00431-7, James B. Mitchell, J., entered January 23, 1984. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.